IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APR 2 3 2013

UNITED STATES OF AMERICA

vs.

Case No. ELH-13-0151

TYESHA MAYO

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __April 24, 2013__ *(date)* at __9:30__ *(time)* before __Beth P. Gesner__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7-B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

April 23, 2013
Date

Beth P. Gesner
United States Magistrate Judge