# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

vs.

**TESHAWN PINDER**

Case No. ELH-13-0151

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for **April 24, 2013** *(date)* at **3:00** *(time)* before **Beth P. Gesner**, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom **7-B**.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

April 23, 2013
Date

Beth P. Gesner
United States Magistrate Judge