IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.                                   Case No.   ELH-13-0151

JAMES YARBOROUGH

\*\*\*\*\*\*

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for ____April 24, 2013____ (date) at __3:00__ (time) before ____Beth P. Gesner____, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom ____7-B____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

April 23, 2013
Date

Beth P. Gesner
United States Magistrate Judge